UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| United States of America, | ) | Cr. No. 4:08-CR-873-TLW |
|---|---|---|
| vs. | ) ) ) ) | ORDER |
| Ronnie Christopher Hatcher, | ) ) | |

This matter comes before the Court on Defendant Ronnie Christopher Hatcher's "Motion to Reduce Sentence." (Doc. # 236). In his motion, Defendant argues that his federal sentence was inappropriately enhanced based upon his two prior South Carolina convictions for Assault and Battery of a High and Aggravated Nature insomuch as Defendant only served two months actual imprisonment for those crimes. (Doc. # 236).

Defendant's motion is without merit. It is undisputed that the South Carolina offense of Assault and Battery of a High and Aggravated Nature is punishable by greater than one year incarceration. In fact, in the instant case, the Defendant's actual sentence was three years incarceration suspended to time served. (Doc. # 236-1). In addition, paragraph 27 of the Presentence Investigation Report in Defendant's case cites indictment language that indicates that Defendant's two prior assault convictions both involved *intentional* conduct. (Doc. # 190).

For these reasons, Defendant's "Motion to Reduce Sentence" is hereby **DENIED**. (Doc. # 236).

**IT IS SO ORDERED**.

s/ Terry L. Wooten
United States District Judge

March 13, 2012
Florence, South Carolina

1